# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-MC-157-FDW-DCK

| | |
|---|---|
| JAIME PIZARRO, CRAIG SMITH, JERRY MURPHY, RANDALL IDEISHI, GLENDA STONE, RACHELLE NORTH, and MARIE SILVER, on behalf of themselves and all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> THE HOME DEPOT, INC., THE ADMINISTRATIVE COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN, THE INVESTMENT COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN, and DOES 1-30, <br><br> **Defendants**. | <br><br><br><br><br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Rebecca K. Lindahl, concerning Laura L. Norris on November 3, 2020. Laura L. Norris seeks to appear as counsel *pro hac vice* for Non-Party Alight Financial Advisors, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Laura L. Norris is hereby admitted *pro hac vice* to represent Non-Party Alight Financial Advisors, LLC.

Signed: November 4, 2020

David C. Keesler
United States Magistrate Judge